Motion Granted; Appeal Dismissed and Memorandum
Opinion filed December 23, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00705-CV

____________

 

STEVEN FRANKOFF, Appellant

 

V.

 

SUSAN NORMAN AND MICHAEL EASTON, Appellees

 



 

On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2008-34994

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 14, 2010.  On September 20, 2010,
appellee Susan Norman filed a motion to dismiss the appeal.  Norman asserts the
order Frankoff is attempting to appeal is interlocutory because Frankoff’s
claims against Michael Easton are still pending in the trial court.  

Generally,
appeals may be taken only from final judgments.  Lehmann v. Har‑Con
Corp., 39 S.W.3d 191, 195 (Tex. 2001).  Interlocutory orders may be
appealed only if permitted by statute.  Bally Total Fitness Corp. v. Jackson,
53 S.W.3d 352, 352 (Tex. 2001); Jack B. Anglin Co., Inc. v. Tipps, 842
S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).  Frankoff’s response fails to
demonstrate that this court has jurisdiction over the appeal.

 Accordingly,
the motion is granted and the appeal is ordered dismissed.  Further, Frankoff’s
motion to consolidate and motion for ruling on jurisdiction and standing, both filed
September 30, 2010, are denied.

 

 

PER
CURIAM

 

 

Panel consists of Justices Seymore, Brown, and Boyce.